unanimously affirmed. Memorandum: We reject the contention of defendants that they were denied a fair trial by prosecutorial misconduct (*see generally, People v Galloway*, 54 NY2d 396). We also reject the contention of defendants that they were entitled to a missing witness charge with respect to the People's failure to call the husband of defendant Deletha Colbert as a witness. The prosecutor called Colbert's husband to testify at a bail revocation hearing, and he unexpectedly provided testimony favorable to Colbert. Furthermore, Colbert's attorney told the prosecutor during the trial that Colbert's husband would commit perjury if he was called as a witness. Supreme Court properly concluded under the circumstances that Colbert's husband would not be expected to testify favorably to the prosecution and adversely to Colbert (*see, People v Gonzalez*, 68 NY2d 424, 429-430). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Burglary, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELNORA ROBINSON, Appellant. [689 NYS2d 923] —Judgment unanimously affirmed. Same Memorandum as in *People v Colbert* (261 AD2d 932 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Burglary, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. HINES, Appellant. [689 NYS2d 923] —Judgment unanimously affirmed. Same Memorandum as in *People v Colbert* (261 AD2d 932 [decided herewith]). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Burglary, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

In the Matter of SARA PHOENIX, Formerly Known as SARA L. R. THOMPSON, Appellant, v RICHARD THOMPSON, Respondent. [690 NYS2d 466] —Order unanimously affirmed with costs for reasons stated in decision at Monroe County Family Court, Kohout, J. (Appeal from Order of Monroe County Family Court, Kohout, J.—Custody.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

In the Matter of AMY L. P., Respondent, v WILLIAM W. D., Appellant. [689 NYS2d 797] —Order unanimously reversed on the law without costs and petition granted. Memorandum: Family Court erred in denying respondent's petition to vacate